UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH NGO, *et al.*, | No. C-15-mc-80008 DMR |
| Petitioners, | **ORDER SETTING BRIEFING SCHEDULE ON PETITION TO QUASH IRS SUMMONS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The court has received Petitioners Keith Ngo, KNT, Inc., KNT Engineering, Inc., and K-Beam, LLC's petition to quash an Internal Revenue Service (IRS) administrative summons. [Docket No. 1.] Respondent United States shall file any opposition to the petition by no later than February 6, 2015. Any reply shall be filed by February 13, 2015. The court will set a hearing on the matter upon submission of the briefing.

Upon receipt of this order, Petitioners shall immediately serve a copy of the order on Respondent and file a proof of service.

IT IS SO ORDERED.

Dated: January 28, 2015

_____
DONNA M. RYU
United States Magistrate Judge