UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH NGO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  15-mc-80008-DMR<br><br>**ORDER TO SUBMIT ADDITIONAL BRIEFING** |

The court has reviewed Petitioners' motion to quash an Internal Revenue Service (IRS) summons and Respondent's opposition and motion to enforce the summons.  [Docket Nos. 1, 20.]

The United States opposes Petitioners' motion to quash on the grounds that the court lacks jurisdiction under 26 U.S.C. § 7609 because it has not waived sovereign immunity, arguing that Petitioners were not entitled to notice of the summons and therefore lack standing under 26 U.S.C. § 7609(b) to bring a motion to quash.  It also moves for enforcement of the summons, arguing that the four factors set out in *United States v. Powell*, 379 U.S. 48, 57-58 (1964), are satisfied.  The United States relies on the February 27, 2015 declaration of Revenue Officer Nicholas Brunetti in support of its positions.  [Docket No. 21.]

The Ninth Circuit has instructed that the showing to establish a need for judicial enforcement of a summons is "minimal," and that "[a]ssertions by affidavit of the investigating agent that the requirements are satisfied are sufficient to make the prima facie case." *Liberty Fin. Servs. v. United States*, 778 F.2d 1390, 1392 (9th Cir. 1985).  However, it appears that there is no definitive authority regarding the evidentiary showing required to support the position that notice of the summons was not required.  Portions of Brunetti's declaration do not meet evidentiary standards set forth in the Federal Rules of Evidence; for example, the declaration contains hearsay statements about the contents of certain documents, rather than authenticating and attaching copies

of the documents themselves.

Therefore, by no later than March 30, 2015, the United States shall submit admissible evidence supporting its position that notice of the summons to Petitioners was not required, to which Petitioners may object by no later than April 2, 2015. In the alternative, the United States may file a brief (no more than three pages) statement setting forth clear authority establishing that they are not required to submit evidence in admissible form to support their position. If the United States submits a brief instead of evidence, Petitioners may file a response that does not exceed three pages by no later than April 2, 2015.

**IT IS SO ORDERED.**

Dated: March 25, 2015



_____
Donna M. Ryu
United States Magistrate Judge